1  Darlene Brewer
2  1035 McKay Drive #24
3  San Jose, CA 95131

FILED
2007 NOV 30 P 1:23
RICHARD W. WIEKING
CLERK
U.S. DIST. OF CA. S.J.

ADR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Darlene Brewer, Individual,

        Plaintiff,

vs.

COMERICA BANK,

        Defendant,

CIVIL ACTION NO

C07 06057 HRL

EMPLOYMENT DISCRIMINATION COMPLAINT

Plaintiff, Darlene Brewer alleges the Defendant Comerica Bank Has violated her rights under Title VII of the Civil Rights Act of 1964 (Title VII).

Plaintiff has contacted her HR department and supervisors to complain about the unfair treatment and is now left with no other choice than to file a suit with the Federal Court to protect her rights.

//
//

PLAINTIFFS'S EMPLOYMENT DISCRIMINATION COMPLAINT- 1

1  Plaintiff will be able to provide to the court all documents
2  necessary to pursue this complaint. Plaintiff is seeking counsel
3  to assist with this case. Plaintiff is aware that she must file
4  suit in Federal Court within ninety(90) days from the date that
5  she received her Notice of Right to Sue.
6  Plaintiff feels confident that once all evidence has been
7  presented that the court will find there is justification in
8  hearing this case.

DATE: 11-30-07

DARLENE BREWER, Plaintiff



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
San Jose Local Office

96 North 3rd Street, Suite 200
San Jose, CA 95112
(408) 291-7282
TTY (408) 291-7374
FAX (408) 291-4539

Attn: Local Director

The undersigned would like to request a Notice of Right to Sue authorization on my charge of discrimination EEOC Charge Number 556-2007-00444 because I intend to pursue this matter through private litigation.

I have not been coerced, pressured, intimidated or threatened into making this request. I have had explained to me my options, legal rights and I voluntarily elect to make this request with the full knowledge that the EEOC will terminate any and all actions in regard to my involvement in this case. <u>I am also aware that I must file a private suit in Federal Court within ninety (90) days from the date of my receipt of Notice of Right to Sue.</u>

X _Darlene Brewer_
SIGNATURE

X _8-30-07_
DATE

X _Darlene Brewer_
PRINT FULL NAME

X _1035 - McKay #24_
HOME ADDRESS/ P.O. BOX

X _S. Jose Ca. 95131_
CITY, STATE, ZIP CODE

X _(408) 771-3473_
TELEPHONE NUMBER – HOME

**RECEIVED**
AUG 3 0 2007
**EEOC-SJLO**