*E-filed 12/6/07*

NOT FOR CITATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DARLENE BREWER,<br><br>    Plaintiff,<br><br>  v.<br><br>COMERICA BANK,<br><br>    Defendant.<br>_____ / | No. C07-06057 HRL<br><br>**CLERK'S NOTICE RE DEADLINE FOR FILING CONSENT TO OR DECLINATION OF MAGISTRATE JUDGE JURISDICTION** |

PLEASE TAKE NOTICE THAT this case has been assigned to a Magistrate Judge. Therefore, **no later than January 15, 2008**, each party shall file either a (1) Consent to Proceed Before a United States Magistrate Judge or (2) Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge. The forms are available from the Clerk of the Court or from the court's website at www.cand.uscourts.gov.

Dated: 12/6/07

                                        KRO
                    Chambers of Magistrate Judge Howard R. Lloyd

**5:07-cv-6057 Notice has been delivered by other means to:**

Darlene Brewer
1035 McKay Drive #24
San Jose, CA 95131

Dated: 12/6/07

KRO
Chambers of Magistrate Judge Lloyd