Darlene Brewer
1035 McKay Street #24
San Jose, CA 95131
Pro Se

FILED

2008 JAN -4 P 1: 28

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARLENE BREWER

        Plaintiff(s),

   v.

COMERICA BANK

        Defendant(s).

No. C 07-06057-HRL

**CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _1 -4 - 08_

Signature   Darlene Brewer

Counsel for ___Pro Se___
(Plaintiff, Defendant or indicate "pro se")