*[handwritten at top:]* ~~McKay~~ San Jose ca, 95131 (408) 987-1263

*[FILED stamp:]* FILED 2008 MAR 20 P 2:28 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NO. DIST. OF CA. S.J.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

_____ Plaintiff,

vs.

_____ Defendant.

CASE NO. 5:07-CV-06057-HRL

**APPLICATION TO PROCEED IN FORMA PAUPERIS**
(Non-prisoner cases only)

*Second Request*

I, Darlen Brown, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?    Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: *Comerica Bank 75 East Trimble Rd San Jose ca 95131 See Attachments (EDD)*

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.

2  _____

3  _____

4  _____

5  2.   Have you received, within the past twelve (12) months, any money from any of the

6  following sources:

7      a.   Business, Profession or            Yes ___ No _X_

8           self employment?

9      b.   Income from stocks, bonds,         Yes _X_ No ___

10          or royalties?

11     c.   Rent payments?                     Yes ___ No _X_

12     d.   Pensions, annuities, or            Yes ___ No _X_

13          life insurance payments?

14     e.   Federal or State welfare payments, Yes ___ No _X_

15          Social Security or other govern-

16          ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount

18 received from each.

19 _Cashed out stock Plan from Job because_

20 _unemployed the amount was $849 dollars_

21 3.   Are you married?                       Yes ___ No _X_

22 Spouse's Full Name: _____

23 Spouse's Place of Employment: _____

24 Spouse's Monthly Salary, Wages or Income:

25 Gross $_____ Net $_____

26 4.   a.   List amount you contribute to your spouse's support: $ _____

27      b.   List the persons other than your spouse who are dependent upon you for support

28           and indicate how much you contribute toward their support. (NOTE: For minor

1     children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)
2     _____
3     _____
4  5.     Do you own or are you buying a home?        Yes ___  No _X_
5  Estimated Market Value: $_____ Amount of Mortgage: $_____
6  6.     Do you own an automobile?                   Yes _X_  No ___
7  Make _Toyota_____ Year _2001_____ Model _Camry_____
8  Is it financed? Yes ____ No _X_ If so, Total due: $ ___0____
9  Monthly Payment: $ _____
10 7.     Do you have a bank account? Yes ___ No ___ (Do not include account numbers.)
11 Name(s) and address(es) of bank: __See  Bank Statement_
12 _Attachments_____
13 Present balance(s): $ _____
14 Do you own any cash? Yes ___ No ___ Amount: $ _____
15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16 market value.)                                     Yes ___ No _X_
17 _____
18 8.     What are your monthly expenses?
19 Rent: $ _800_____ Utilities: _$144.00_____
20 Food: $ _180_____ Clothing: _25_____
21 Charge Accounts:
22 <u>Name of Account</u>       <u>Monthly Payment</u>          <u>Total Owed on This Account</u>
23 _Juniper_____ $ _40.00_____ $ _1884.26_____
24 _Capital One__ $ _85.00_____ $ _3000.00_____
25 _____ $ _____ $ _____
26 9.     Do you have any other debts? (List current obligations, indicating amounts and to whom
27 they are payable. Do not include account numbers.)
28 _____

```
 1  _____
 2  10.    Does the complaint which you are seeking to file raise claims that have been presented in
 3  other lawsuits?  Yes ___ No _X_
 4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
 5  which they were filed.
 6  _____
 7  _____
 8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
 9  false statement herein may result in the dismissal of my claims.
10
11  3-20-08                              Darlene Brewer
12       DATE                          SIGNATURE OF APPLICANT
```

- 4 -

Darlene Brewer
1035 McKay Drive #24
San Jose, CA 95131

Notice Date
03/18/2008

Title 28 USC § 1915(a) provides that the court may authorize the commencement, prosecution or defense of any criminal or civil suit, action or proceeding, or appeal therein, without prepayment of the filing fees by a person who files an affidavit that he is unable to pay such costs. Your application for In Forma Pauperis was denied and the filing fee is now due.

*This fee is due for the following case:*

Case Title: Brewer v. Comerca Bank

| Case Number | Case Filing Date | Fee Due Date | Amount Owed |
|---|---|---|---|
| 5:07-cv-06057-HRL | 11/30/2007 | 03/17/2008 | $350.00 |

Please immediately send a check for $350.00 to the following address:

**United States District Court**
**450 Golden Gate Avenue, 16th Floor**
**San Francisco, CA 94102**

**Make your check payable to "Clerk, U.S. District Court."** Include the case number on the check to insure proper credit.

If you have any questions about the amount due, please call the Finance Department at (415) 522-2602.

**Payment in full is due upon receipt.   Total amount due: $350.00**

1035 McKay Drive #24
San Jose, CA 95131

Dear Darlene,

As a result of your separation, effective February 11, 2008, enclosed are the following:

- Comerica 2008 Separation Information

- "Notice to Terminating Employees"

- EDD brochure "For Your Benefit"

This letter serves as your Notice of Status Change.

An Exit Checklist was sent to your manager. Please return all company property to your manager or Human Resources immediately.

If you have an employee checking account, the waiver on the account will no longer apply. The account may remain open; however, it will be service charged at the regular rate.

If you have any questions, please call me.

Sincerely,

Lori Stouffer
Assistant Vice President-Western Market
Human Resources Consultant
408/556-5857/Mail Code 4813


Enclosures

SACRAMENTO CALL CENTER
PO BOX 419002
SACRAMENTO CA 95841-9002



Employment
Development
Department
State of California

Mail Date:  02/19/2008
SSN:

EDD Telephone Numbers:
English     1-800-300-5616
Spanish     1-800-326-8937
Cantonese   1-800-547-3506
Mandarin    1-866-303-0706
Vietnamese  1-800-547-2058
TTY         1-800-815-9387

DARLENE BREWER
PO BOX 611032
SAN JOSE CA 95161-1032

### NOTICE OF UNEMPLOYMENT INSURANCE AWARD

1. Claim Beginning Date:  02/10/2008
2. Claim Ending Date:  02/07/2009
3. Maximum Benefit Amount:  $8814
4. Weekly Benefit Amount:  $339
5. Total Wages:  31,915.39
6. Highest Quarter Earnings:  8,791.71

7. This item does not apply to your claim.

8. **You must look for full time work each week.** Please see your handbook, A Guide to Benefits and Employment Services, DE1275A, for more information about looking for work.

9. This item does not apply to your claim.

| 10. Employee Name | 11. Employee Wages for the Quarter Ending: | | | | 12. Employer Name |
|---|---|---|---|---|---|
| | DEC. 2006 | MAR. 2007 | JUN. 2007 | SEP. 2007 | |
| D. BREWER | 8,791.71 | 7,404.68 | 8,527.10 | 7,191.90 | COMERICA M |
| 13. Totals: | 8,791.71 | 7,404.68 | 8,527.10 | 7,191.90 | |

| RATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 15.12 | | |
| 18.12 | | |

TOTAL        0.00

AFTER-TAX DEDUCTIONS

MS

TOTAL PER DED

| FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 |

011172041
2/11/2008

OLLARS                                   $**************.00

Brewer
ay Dr

CA 95131

**WaMu®**

YOUR COMBINED STATEMENT OF ACCOUNTS

P.O. BOX 1098
NORTHRIDGE, CA 91328-1098

**This Statement Covers**
From: 01/17/08
Through: 02/15/08

**Need assistance?**
To reach us anytime,
call 1-800-788-7000
or visit us at **wamu.com**

DARLENE BREWER
BLDG 6
1035 MCKAY DR BLVD APT 24                2892
SAN JOSE CA 95131

## Summary of All Accounts Included in This Statement

| Product Name | Account Number | Term | Maturity Date | Balance As of 02/15/08 |
|---|---|---|---|---|
| Free Checking | | | | $108.90 |
| Statement Savings | | | | $204.65 |
| **Total Deposit Balance:** | | | | **$313.55** |

*Deposits at Washington Mutual are FDIC Insured.*