| | |
|---|---|
| 1 | McPHARLIN SPRINKLES & THOMAS LLP |
| | LINDA HENDRIX McPHARLIN, Bar #71917 |
| 2 | ANNE C. STROMBERG, Bar #151740 |
| | 10 Almaden Blvd., Suite 1460 |
| 3 | San Jose, California 95113 |
| | Telephone:  (408) 293-1900 |
| 4 | Facsimile:  (408) 293-1999 |
| 5 | |
| 6 | Attorneys for Defendant |
| | COMERICA BANK |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DARLENE BREWER, | ) | No.    CV 07-06057 HRL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| COMERICA BANK, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

**CERTIFICATE OF SERVICE**

I am a citizen of the United States and a citizen of California; I am over the age of eighteen years and not a party to the within action; my business address is Ten Almaden Boulevard, Suite 1460, San Jose CA 95113.  On the date set forth below I served the documents described as:

**DEFENDANT COMERICA BANK'S NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (FRCP 12(b)(6)), OR IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT (FRCP 12(e)); POINTS AND AUTHORITIES**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (FRCP 12(b)(6)), OR IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT (FRCP 12(e)); POINTS AND AUTHORITIES**

on the following parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Darlene Brewer | Darlene Brewer |
| 1035 McKay, #24 | P.O. Box 611032 |
| San Jose, CA 95131 | San Jose, CA 95161 |

1  [ X ] (BY MAIL)  I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

2

3  [ ]  (BY PERSONAL SERVICE)  I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

4  [ ]  (BY FEDERAL EXPRESS) I caused such document(s) with postage thereon fully prepaid to be placed in the Federal Express office at San Jose, California.

5

6  [ ]  (BY FACSIMILE) I caused such document(s) to be transmitted by facsimile on this date to the offices of addressee(s).

7  [ ]  (STATE)  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

8

9  [ X ] (FEDERAL)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

10  Executed on April 28, 2008, at San Jose, California.

11

12                              /s/ Natalie P. Alejandro
                                Natalie P. Alejandro, CCLS

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28