McPHARLIN SPRINKLES & THOMAS LLP
LINDA HENDRIX McPHARLIN, Bar #71917
ANNE C. STROMBERG, Bar #151740
10 Almaden Blvd., Suite 1460
San Jose, California 95113
Telephone: (408) 293-1900
Facsimile: (408) 293-1999

Attorneys for Defendant
COMERICA BANK

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLENE BREWER, | No. CV 07-06057 HRL |
| Plaintiff, | [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS |
| v. | Date: June 10, 2008<br>Time: 10:00 a.m. |
| COMERICA BANK, | Dept.: 2, 5th Floor<br>Judge: Hon. Howard R. Lloyd |
| Defendant. | |

TO THE PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

The motion of defendant Comerica Bank filed on April 28, 2008, for order dismissing plaintiff's Complaint for failure to state a claim upon which relief can be granted under FRCP 12(b)(6), or in the alternative motion for more definite statement under FRCP 12(e), having been heard, all pleadings and papers having been reviewed, oral argument having been considered, and good cause appearing therefor,

IT IS HEREBY ORDERED that defendant's motion under FRCP 12(b)(6) is granted, and plaintiff shall have ___ days to file with the Court and serve on defendant's counsel a First Amended Complaint.

DATED:_____    _____
                          HON. HOWARD R. LLOYD