McPHARLIN SPRINKLES & THOMAS LLP
LINDA HENDRIX McPHARLIN, Bar #71917
ANNE C. STROMBERG, Bar #151740
10 Almaden Blvd., Suite 1460
San Jose, California 95113
Telephone:  (408) 293-1900
Facsimile:  (408) 293-1999

Attorneys for Defendant
COMERICA BANK

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLENE BREWER,<br><br>                Plaintiff,<br><br>v.<br><br>COMERICA BANK,<br><br>                Defendant. | No.     CV 07-06057 HRL<br><br>CONSENT TO PROCEED BEFORE A<br>UNITED STATES MAGISTRATE JUDGE |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

        In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

hereby voluntarily consents to have United States Magistrate Judge Hon. Howard R. Lloyd

conduct any and all further proceedings in the case, including trial, and order the entry of a final

judgment.  Appeal from the judgment shall be taken directly to the United States Court of

Appeals for the Ninth Circuit.


Dated: April 28, 2008                                    McPHARLIN SPRINKLES & THOMAS LLP




                                                          By:_  /s/ Anne C. Stromberg_____
                                                                Anne C. Stromberg
                                                          Attorneys for Defendant
                                                          COMERICA BANK