Darlene Brewer C07-6057HRL
P.O. Box 611032
San Jose Ca. 95161

Change of ~~address~~
mail address

Darlene Brewer 5-5-08

*Filed MAY - 5 2008 RICHARD W. WIEKING, CLERK U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE*

14