


**FedEx Kinko's**
Office and Print Center

# Fax Cover Sheet

Date **5-6-08**

Number of pages **5** (including cover page)

**To:**

Name **United State Dist Court**

Company _____

Telephone _____

Fax **415) 522-2176**

Comments **Mailing address: P.O. Box 611032 San Jose, Ca. 95161**

**From:**

Name **Darlene Brewer**

Company **Case # 5-07-CV06057-HRL**

Telephone **408) 987-1263**

| Fax - Local Send | Fax - Domestic Send | DOMESTIC Send Add'l Pages | Fax - International Send |
|---|---|---|---|
| 7 90363 00711 1 | 7 90363 00714 2 | 7 90363 01476 8 | 7 90363 00720 3 |

fedexkinkos.com 1.800.GoFedEx 1.800.463.3339

© 2008 FedEx Kinko's Office and Print Services, Inc. All rights reserved. Products, services and hours vary by location. (m05.06) 1.00    22705

**RECEIVED**
MAY 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# Fax

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK

415 - 522-2176

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
(415) 522-2000
FAX (415) 522-2176

## SECOND NOTICE OF PAYMENT DUE

~~Darlene Brewer~~
~~1035 McKay Drive #24~~
~~San Jose, CA 95131~~

mailing: address
P.O. Box 611032
San Jose CA 95161

**Original Due Date:**
03/17/2008

**Second Notice Date:**
4/29/2008

Title 28 USC § 1915(a) provides that the court may authorize the commencement, prosecution or defense of any criminal or civil suit, action or proceeding, or appeal therein, without prepayment of the filing fees by a person who files an affidavit that he is unable to pay such costs. Your application for In Forma Pauperis was denied, however, our records reflect that we have not received your payment.

**This fee is now more than 30 days past due for the following case:**

**Case Title: Brewer v. Comerca Bank**

| Case Number | Case Filing Date | Fee Due Date | Amount Owed |
|---|---|---|---|
| 5:07-cv-06057-HRL | 11/30/2007 | 03/17/2008 | $350.00 |

Please immediately send a check for $350.00 to the following address:

United States District Court
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Make your check payable to "Clerk, U.S. District Court."
Include the case number on the check to insure proper credit.

If you have any questions about the amount due, please call the Finance Department at (415) 522-2502.

**Payment in full is due upon receipt.    Total amount due: $350.00**

Fax (415) 522-2176

*E-filed 3/28/08*

NOT FOR CITATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DARLENE BREWER,

    Plaintiff,

v.

COMERICA BANK,

    Defendant.

No. C07-06057 HRL

**ORDER GRANTING (SECOND) APPLICATION TO PROCEED *IN FORMA PAUPERIS***

Re: Docket No. 8

Darlene Brewer sued under Title VII of the Civil Rights Act of 1964 and concurrently applied to proceed *in forma pauperis*. On March 17, 2008, this court denied[1] Plaintiff's application to proceed *in forma pauperis* because her income, as listed on the application, was sufficient to allow Brewer to pay the court filing fee without depriving her of the ability to pay for necessities. 28 U.S.C. § 1915(a)(1); *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339-340 (1948). [Docket No. 6]. Brewer then filed a second *in forma pauperis* application.

---

[1] Plaintiff consents to having this matter heard and finally adjudicated by the undersigned. FED.R.CIV.P. 73; 28 U.S.C. § 636(c). Accordingly, this court has authority to decide this application. *See, e.g., Tripati v. Rison*, 847 F.2d 548 (9th Cir. 1988) (noting that, absent consent of all parties to Magistrate Judge jurisdiction, Magistrate Judge not authorized to deny motion to proceed *in forma pauperis*). Because Defendant has not yet been served, it is not a party to this action for purposes of determining jurisdiction under 28 U.S.C. § 636(c).

  This second application satisfies the court that Brewer "cannot because of [her] poverty pay or give security for the costs and still be able to provide [herself] and dependents' with the necessities of life." *Adkins*, 335 U.S. at 339. Therefore, Plaintiff's application is GRANTED and the Clerk shall issue summons.

  IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, attachments, scheduling orders, plaintiff's affidavit and this order upon the defendant. As set in this court's prior order, the deadline for serving that summons is **June 12, 2008**.

  The case management conference shall be held on **July 8, 2008 at 1:30 p.m** (Courtroom 2, 5th floor of the United States District Court, San Jose). The parties' joint case management statement is due **July 1, 2008**.[2]

**IT IS SO ORDERED.**

Dated: 3/28/08

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[2] Plaintiff has a continuing obligation to keep the court informed of her current address. Failure to do so may result in dismissal of this action.

2

THIS SHALL CERTIFY THAT NOTICE WILL BE SENT TO:

Darlene Brewer
1035 McKay Drive #24
San Jose, CA 95131

Dated: 3/28/08

__KRO__
Chambers of Magistrate Judge Lloyd

3