McPHARLIN SPRINKLES & THOMAS LLP
LINDA HENDRIX McPHARLIN, Bar #71917
ANNE C. STROMBERG, Bar #151740
10 Almaden Blvd., Suite 1460
San Jose, California 95113
Telephone: (408) 293-1900
Facsimile: (408) 293-1999

Attorneys for Defendant
COMERICA BANK

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLENE BREWER,<br><br>    Plaintiff,<br><br>v.<br><br>COMERICA BANK,<br><br>    Defendant. | No.   CV 07-06057 HRL<br><br>REPLY MEMORANDUM IN SUPPORT OF DEFENDANT COMERICA BANK'S NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (FRCP 12(b)(6)), OR IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT (FRCP 12(e))<br><br>Date:   June 10, 2008<br>Time:   10:00 a.m.<br>Dept.:   2, 5th Floor<br>Judge:   Hon. Howard R. Lloyd |

    Plaintiff filed no opposition to the Motion to Dismiss. Defendant respectfully requests that the motion be granted as set forth in its moving papers.

Dated: May 27, 2008                              McPHARLIN SPRINKLES & THOMAS LLP


                                                By:   /s/ Anne C. Stromberg
                                                              Anne C. Stromberg
Attorneys for Defendant
COMERICA BANK