1  McPHARLIN SPRINKLES & THOMAS LLP
   LINDA HENDRIX McPHARLIN, Bar #71917
2  ANNE C. STROMBERG, Bar #151740
   10 Almaden Blvd., Suite 1460
3  San Jose, California 95113
   Telephone:  (408) 293-1900
4  Facsimile:  (408) 293-1999

5
   Attorneys for Defendant
6  COMERICA BANK

7
                    IN THE UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10  DARLENE BREWER,                    )    No.    CV 07-06057 HRL
                                       )
11              Plaintiff,             )
                                       )
12  v.                                 )    CERTIFICATE OF SERVICE
                                       )
13  COMERICA BANK,                     )
                                       )
14              Defendant.             )
                                       )
15  _____  )

16
                          **CERTIFICATE OF SERVICE**
17
         I am a citizen of the United States and a citizen of California; I am over the age of eighteen
18  years and not a party to the within action; my business address is Ten Almaden Boulevard, Suite
    1460, San Jose CA 95113.  On the date set forth below I served the documents described as:
19
         **REPLY MEMORANDUM IN SUPPORT OF DEFENDANT COMERICA BANK'S**
20       **NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A**
         **CLAIM UPON WHICH RELIEF CAN BE GRANTED (FRCP 12(b)(6)), OR IN THE**
21       **ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT (FRCP 12(e))**

22  on the following parties in this action by placing a true copy thereof enclosed in a sealed
    envelope addressed as follows:
23
    Darlene Brewer
24  P.O. Box 611032
    San Jose, CA 95161
25

26

27  [ X ]  (BY MAIL)  I caused such envelope(s) with postage thereon fully prepaid to be placed in
             the United States mail at San Jose, California.
28
    [  ]    (BY PERSONAL SERVICE)  I caused such envelope(s) to be delivered by hand this date
             to the offices of the addressee(s).

                                         1

[ ]     (BY FEDERAL EXPRESS) I caused such document(s) with postage thereon fully prepaid to be placed in the Federal Express office at San Jose, California.

[ ]     (BY FACSIMILE) I caused such document(s) to be transmitted by facsimile on this date to the offices of addressee(s).

[ ]     (STATE)  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[ X ]   (FEDERAL)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 27, 2008, at San Jose, California.

_____/s/ Natalie P. Alejandro_____
Natalie P. Alejandro, CCLS

Certificate of Service