FILED

2008 JUN 10 A 10: 36

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

07HRL

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Darlene Brewer )
          Plaintiff, )
vs. ) CASE NO. CV 07-06057HRL
COMERICA BANK ) AMENDED
) EMPLOYMENT DISCRIMINATION
          Defendant(s). ) COMPLAINT
)

1.  Plaintiff resides at:

    Address 1035 Mckay Drive #24 San Jose CA 95131 / MAILING ADDRESS : PO BOX 611032

    City, State & Zip Code  SAN JOSE CA 95161

    Phone  (408) 987-1263

2.  Defendant is located at:

    Address  COMERICA BANK 75 EAST TRIMBLE Rd

    City, State & Zip Code  SAN JOSE CA 95131

3.  This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5. Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

4.  The acts complained of in this suit concern:

    a. __ Failure to employ me.

    b. __ Termination of my employment.

Form-Intake 2 (Rev. 4/05)             - 1 -

1     c. [x] Failure to promote me.
2     d. [x] Other acts as specified below.
3  Original complaint filed with the Department of Fair Employment & Housing December 15, 2005 gave me the
4  The right to sue Corina Braizl AS AN INDIVIDUAL. This complaint consist of the following: Shift
5  Differential pay that was given to Zeny Medina and wasn't given to Darlene Brewer. Also failure to promote
6  At that time. I became the first employee to operate our very first Scanner the Panasonic KVSS905C. I cross
7  Trained nine employees, then a watched how certain employees received promotions, Bonuses, Blue Chip Cup
8  Cash performance awards, and promoted to Seniors of the Lock Box department.

9  5.   Defendant's conduct is discriminatory with respect to the following:
10       a. [x] My race or color.
11       b. ___ My religion.
12       c. ___ My sex.
13       d. ___ My national origin.
14       e. [x] Other as specified below.
15       Hostile Work enviroment and Retaliation.

16 6.   The basic facts surrounding my claim of discrimination are:
17 Before I filed any complaint I tried resolve this problem with HR Consultant at that time Gwen Ford dates:
18 6-9-05  6-13-05  6-11-05  Gwen Ford completed her investigation as far as the promotions and bonuses are
19 concerned I would have to work with my managers on that. The shift differential policy changed, Zeny's pay
20 Was okay but I wouldn't receive any shift differential pay. I tried resolving all of my issues with my manager,
21 President of the Lock box Department Corrine Brazil and Alesha Deck. The very first Complaint I dropped
22 Because Corrine Brazil was hospitalized. There was domestic violence against her by her boy friend she could
23 Have died. On July/13/06 I had a brief visit with HR Consultant Lori A. Stouffer I gave her a copy of the
24 Department Of Fair Employment & Housing Doc. I asked her to put it in my file she said okay.

25 7.   The alleged discrimination occurred on or about  2-11-07  .
26                                                      (DATE)
27 8.   I filed charges with the Federal Equal Employment Opportunity Commission (or the
28 California Department of Fair Employment and Housing) regarding defendant's alleged

Form-Intake 2 (Rev. 4/05)                   -2-

1 | discriminatory conduct on or about 2005-~~2008~~ 5-31-07.
2 | (DATE)
3 | 9.   The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter
4 | (copy attached), which was received by me on or about 8-30-07.
5 | (DATE)
6 | 10.  Plaintiff hereby demands a jury for all claims for which a jury is permitted:
7 | Yes _____   No ✓
8 | 11.  WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate,
9 | including injunctive orders, damages, costs, and attorney fees.

DATED: 6-10-08         *Darlene Brewer*

SIGNATURE OF PLAINTIFF

(PLEASE NOTE: NOTARIZATION       DARLENE BREWER
IS NOT REQUIRED.)
                                  PLAINTIFF'S NAME
                                  (Printed or Typed)

Form-Intake 2 (Rev. 4/05)         - 3 -

### Charge Hostile work Environment and Retaliation

I Darlene Brewer was given "the right to sue "Corrine Brazil for discrimination due to my race on December 15, 2005. I dropped the charge due to her personal domestic violence situation.

Before I ever filed a complaint I tried to resolve these issues with Alesha Deck, Corrine Brazil ,and Human Resource Consultant Gwen Ford. On July 11, 2006 Gwen Ford told me she could no longer talk to me about anything Comerica related I would have to talk to Human Resource Consultant Lori Stouffer. I believe Gwen Ford being and African American herself understood my pain and wanted to help me but they wouldn't let her .

On July 13,2006 I had a brief visit with Human Resource Consultant Lori Stouffer, I asked her to put a copy of my "right to sue document " into my file she said okay . I did this to let them know it's over , stop the harassment ,I dropped the charge.

My next wage increase became over due September 2006 I asked Pam Anderson my supervisor at the time told me not to worry about it at the time she said I would receive retro pay.

Finally Feb-2007 I received a wage increase of 21 cents. I believe my work has been sabotaged, and I'm forced to take extra steps to get my work done.

**HARSSMENT :** July 3, 2006 Corrine Brazil decided to help out and key data for one of my clients Totals.

She asked to look at one of my tapes she said I made a mistake the check was for $200

My total was for only $20 this could effect my performance review . later that day I verified my work again and found that this was not my error my total was correct . Trang Huang made a correction notice for the customer.

Paul Paz March 2006 Paul Paz followed me out to my car stood behind my car as if he were taking my license plate number I talked to Corrine Brazil about this and my supervisor at the time Marites Frial, and at a later date Lori stouffer nothing was done Corrine told me she cannot control a person behavior .

Shortly after this there was an incident where Eveln Thompson who work across the hall in the Legal department. Eveln came to my department to give me a phone number of a former employee who had asked about me. Paul Paz immediately walked over to my desk stood right behind my chair as I sat at my desk. Eveln looked shocked at how he just stood there. So she give the number to me and said this is the first time I ever came to talk you, Paul still standing behind my chair I told Eveln thank you and she left.

**Harassment:** Paul Paz continued to follow me around watch me while I work stood behind my chair watched as I picked up my work, walked out into the hall, when ever I went to the restroom or break he was always following me watching me as if I were doing something wrong.

On many occasions I asked Ivy Hue who now work in the Loans Department to pick up my work for me because Paul Paz made me feel very uncomfortable.

I talked to Corrine, and Lori stouffer, again about this individual constantly harassing me. He would now following me and look underneath my desk. Nothing changed Paul Paz continued watching me all day and now looking at me in appropriately. I felt

He is really putting pressure on me to quit.

**Harassment:** One of my client's called saying they didn't receive their support for t he work of March 6, 2007 I know I packaged everything in one box that day, four batches of client Support. I'm not allowed to talk to any of my client's this information was given to Me by my supervisor Pam Anderson. On March 8, 2007 Pam and I looked all over and Around my desk for this work I knew I had packaged March 7, March 8, March 9. It Wasn't there because I packaged it and some one took it when I left work that day. When I returned to work that following Monday March 12, 2007 It was on my desk. I I took it to Corrine and told her someone must have put this on my desk because Pam And myself we both looked for it last week. Corrine replied oh you could have thrown it away Darlene that was very honest of you. told why would I do that the My Customer need their Support for this work. At that time I told her about my Name tag, my work being put in the trash, and a live check stapled to the back of my Invoices all of these incidents were shown to my Supervisor on the dates it happen.

**Extra Steps:** Pam Ander son my Supervisor began to verify my work after these incidents,
Here are some dates:
March 8, 2007   March 9, 2007   March 12, 2007   March 13, 2007   March 14, 2007

**Retro** Pay:    On June 12,2007 There was a staff meeting held in the building with Lori Stouffer Hr Consultant Lori asked several employees about our department Manager Corrine Brazil one of the employees asked about her wage increase why it took so long to receive? I asked her if she had received retro pay in her last wage increase she said yes.

It is very possible they all have received retro pay this year from their performance review wage increase from last 2006. Once again , history is repeating itself I feel

This discrimination against me ,where Zeny Medina was paid a shift differential and

I wasn't.