UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
**Magistrate Judge Howard R. Lloyd, Presiding**
Courtroom 2 - 5th Floor

# Civil Minute Order

Date:   June 10, 2008                                           Time in Court: 5 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR: FTR

**TITLE:**  Darlene Brewer v. Comerca Bank
**CASE NUMBER**: C07-06057HRL
Plaintiff Attorney present: Darlene Brewer in pro se
Defendant Attorney present: Anne Stronberg

**PROCEEDINGS: Defendant's Motion to Dismiss**


Counsel present arguments.

Motion is granted with leave to amend.  First amended complaint to be filed by July 10, 2008.

Court to issue written order.