McPHARLIN SPRINKLES & THOMAS LLP
LINDA HENDRIX McPHARLIN, Bar #71917
ANNE C. STROMBERG, Bar #151740
10 Almaden Blvd., Suite 1460
San Jose, California 95113
Telephone: (408) 293-1900
Facsimile: (408) 293-1999

Attorneys for Defendant
COMERICA BANK

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLENE BREWER, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> COMERICA BANK, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) <br> ) | No.   CV 07-06057 HRL <br><br> STATUS REPORT AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE |

Defendant COMERICA BANK ("Comerica") submits the following Status Report and Request to Continue Case Management Conference.

This lawsuit was filed by Darlene Brewer, pro per, against her former employer, Comerica Bank. Comerica brought a motion to dismiss for failure to state a claim upon which relief can be granted. The Court granted Comerica's motion on June 10, 2008 with leave for plaintiff to amend the complaint. Plaintiff has filed an amended complaint, however, Comerica has not yet been served. My office has contacted plaintiff twice to facilitate receipt of service, and plaintiff informed us that she mailed a copy of the amended complaint on or about June 24, 2008. However, we have yet to receive a copy.

Comerica respectfully requests that the Court continue the Case Management Conference set for July 8, 2008 an additional 60 days in order to allow time for Comerica to receive and

respond to the amended complaint, complete initial disclosures, and prepare the Joint Case Management Statement. Counsel for Comerica will be involved in a four week trial beginning August 18, 2008, and therefore requests that the Case Management Conference be continued to a date on or about September 16, 2008.

Respectfully submitted,

Dated: July 1, 2008         McPHARLIN SPRINKLES & THOMAS LLP


By:   /s/ Anne C. Stromberg
          Anne C. Stromberg
       Attorneys for Defendant
       COMERICA BANK