1  McPHARLIN SPRINKLES & THOMAS LLP
   LINDA HENDRIX McPHARLIN, Bar #71917
2  ANNE C. STROMBERG, Bar #151740
   10 Almaden Blvd., Suite 1460
3  San Jose, California 95113
   Telephone: (408) 293-1900
4  Facsimile: (408) 293-1999

5

   Attorneys for Defendant
6  COMERICA BANK

7
                    IN THE UNITED STATES DISTRICT COURT
8
                      NORTHERN DISTRICT OF CALIFORNIA
9

10 DARLENE BREWER,                    )   No.    CV 07-06057 HRL
                                      )
11         Plaintiff,                 )
                                      )
12 v.                                 )   CERTIFICATE OF SERVICE
                                      )
13 COMERICA BANK,                     )
                                      )
14         Defendant.                 )
                                      )
15 _____    )

16
                         **CERTIFICATE OF SERVICE**
17
       I am a citizen of the United States and a citizen of California; I am over the age of eighteen
18 years and not a party to the within action; my business address is Ten Almaden Boulevard, Suite
   1460, San Jose CA 95113. On the date set forth below I served the documents described as:
19
       **STATUS REPORT AND REQUEST TO CONTINUE CASE MANAGEMENT
20                              CONFERENCE**

21 on the following parties in this action by placing a true copy thereof enclosed in a sealed
   envelope addressed as follows:
22
   Darlene Brewer
23 P.O. Box 611032
   San Jose, CA 95161
24

25
   [ X ]  (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in
26         the United States mail at San Jose, California.

27 [  ]   (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date
           to the offices of the addressee(s).
28
   [  ]   (BY FEDERAL EXPRESS) I caused such document(s) with postage thereon fully prepaid
           to be placed in the Federal Express office at San Jose, California.

---
1
Certificate of Service

| | | |
|---|---|---|
| 1 | [ ] | (BY FACSIMILE) I caused such document(s) to be transmitted by facsimile on this date to the offices of addressee(s). |
| 2 | | |
| 3 | [ ] | (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. |
| 4 | [ X ] | (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. |

Executed on July 1, 2008, at San Jose, California.

                                        /s/ Natalie P. Alejandro
                                              Natalie P. Alejandro, CCLS

Certificate of Service