*E-filed 07/01/08*

NOT FOR CITATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DARLENE BREWER, | No. C07-06057 HRL |
| Plaintiff, | |
| v. | **CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE** |
| COMERICA BANK, | |
| Defendant. / | |

   PLEASE TAKE NOTICE THAT on the Court's own motion, the Case Management Conference set for July 8, 2008 is continued to **July 22, 2008 at 1:30 p.m** (Courtroom 2, 5th floor of the United States District Court, San Jose). Case Management Statement due no later than July 8, 2008.

Dated: 07/01/08

                              MPK
           Chambers of Magistrate Judge Howard R. Lloyd

**5:07-cv-6057 Notice has been electronically sent to:**

Anne Courtney Stromberg   astromberg@mstpartners.com, nat@mstpartners.com

**Notice has been delivered by other means to:**

Darlene Brewer
P.O. Box 611032
San Jose, CA 95161

Counsel are responsible for providing copies to co-counsel who have not registered for e-filing.

Dated: 07/01/08                           MPK
                              Chambers of Magistrate Judge Lloyd

United States District Court
For the Northern District of California