*E-filed 07/02/08*

NOT FOR CITATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DARLENE BREWER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMERICA BANK,<br><br>　　　　Defendant. | No. C07-06057 HRL<br><br>**ORDER DENYING DEFENDANT'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Re: Docket Number 21 |

The court is in receipt of defendant's Status Report and Request to Continue Case Management Conference. The request is DENIED.

**IT IS SO ORDERED.**

Dated: 07/02/08

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 THIS SHALL CERTIFY THAT NOTICE WILL BE SENT TO:

Anne Courtney Stromberg   astromberg@mstpartners.com, nat@mstpartners.com

Darlene Brewer
P.O. Box 611032
San Jose, CA 95161

Dated:      07/02/08                              /s/   MPK
                                         Chambers of Magistrate Judge Lloyd