```
1  McPHARLIN SPRINKLES & THOMAS LLP
   LINDA HENDRIX McPHARLIN, Bar #71917
2  ANNE C. STROMBERG, Bar #151740
   10 Almaden Blvd., Suite 1460
3  San Jose, California 95113
   Telephone: (408) 293-1900
4  Facsimile: (408) 293-1999
5
   Attorneys for Defendant
6  COMERICA BANK
7
                  IN THE UNITED STATES DISTRICT COURT
8
                     NORTHERN DISTRICT OF CALIFORNIA
9
10  DARLENE BREWER,            )   No.   CV 07-06057 HRL
                               )
11          Plaintiff,         )
                               )   CERTIFICATION OF INTERESTED
12  v.                         )   ENTITIES OR PERSON
                               )
13  COMERICA BANK,             )
                               )
14          Defendant.         )
                               )
15  _____)
```

16      Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
17  associations of persons, firms, partnerships, corporations (including parent corporations) or other
18  entities (I) have a financial interest in the subject matter in controversy or in a party to the
19  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
20  substantially affected by the outcome of this proceeding:
21      Comerica Bank is a wholly owned subsidiary of Comerica, Inc., a parent corporation.
22
23  Dated: July 8, 2008                               McPHARLIN SPRINKLES & THOMAS LLP
24
25
                                                     By:  /s/ Anne C. Stromberg
26                                                            Anne C. Stromberg
                                                     Attorneys for Defendant
27                                                   COMERICA BANK
28

---
                                                1
Certification of Interested Entities or Person