UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Darlene Brewer

CASE NO. CV 07-06057 HRL

Plaintiff(s),

v.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Comerica Bank

Defendant(s).
_____ /

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process
  request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Anne C. Stromberg | Comerica Bank | (408) 293-1900 | astromberg@mstpartners.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated:_____
                                                      _____
                                                      Attorney for Plaintiff

Dated: July 8, 2008                                   /s/ Anne C. Stromberg
                                                      Attorney for Defendant

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."