McPHARLIN SPRINKLES & THOMAS LLP
LINDA HENDRIX McPHARLIN, Bar #71917
ANNE C. STROMBERG, Bar #151740
10 Almaden Blvd., Suite 1460
San Jose, California 95113
Telephone: (408) 293-1900
Facsimile: (408) 293-1999

Attorneys for Defendant
COMERICA BANK

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLENE BREWER, ) | No.     CV 07-06057 HRL |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CERTIFICATE OF SERVICE |
| ) | |
| COMERICA BANK, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

**CERTIFICATE OF SERVICE**

  I am a citizen of the United States and a citizen of California; I am over the age of eighteen years and not a party to the within action; my business address is Ten Almaden Boulevard, Suite 1460, San Jose CA 95113. On the date set forth below I served the documents described as:

**NOTICE OF NEED FOR ADR PHONE CONFERENCE**

on the following parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Darlene Brewer
P.O. Box 611032
San Jose, CA 95161

[ X ] (BY MAIL)  I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

[ ] (BY PERSONAL SERVICE)  I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

[ ] (BY FEDERAL EXPRESS) I caused such document(s) with postage thereon fully prepaid to be placed in the Federal Express office at San Jose, California.

Certificate of Service

[ ]  (BY FACSIMILE) I caused such document(s) to be transmitted by facsimile on this date to the offices of addressee(s).

[ ]  (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[ X ]  (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 8, 2008, at San Jose, California.

                                          /s/ Natalie P. Alejandro
                                            Natalie P. Alejandro, CCLS

Certificate of Service