McPHARLIN SPRINKLES & THOMAS LLP
LINDA HENDRIX McPHARLIN, Bar #71917
ANNE C. STROMBERG, Bar #151740
10 Almaden Blvd., Suite 1460
San Jose, California 95113
Telephone: (408) 293-1900
Facsimile: (408) 293-1999

Attorneys for Defendant
COMERICA BANK

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLENE BREWER,<br><br>   Plaintiff,<br><br>v.<br><br>COMERICA BANK,<br><br>   Defendant. | No.   CV 07-06057 HRL<br><br>DEFENDANT'S CASE MANAGEMENT CONFERENCE STATEMENT |

Defendant Comerica Bank ("Comerica") submitted this statement to plaintiff Darlene Brewer, pro per, for her review and additions, but Ms. Brewer had not responded as of filing this statement.

**1. Jurisdiction and Service.**   The court has subject matter jurisdiction of this action based on plaintiff's allegations of employment discrimination under Title VII of the Civil Rights Act of 1964.  42 U.S.C. Section 2000e-5.  Defendant has been served with the amended complaint.

**2. Facts.**   Plaintiff Darlene Brewer alleges that she was denied promotion and shift differential pay, and experienced a hostile work environment because of her race or color.  Ms. Brewer further alleges that she suffered retaliation because she complained about the alleged unfair treatment.

Comerica denies these allegations and submits that it is an equal opportunity employer.  Comerica investigated Ms. Brewer's concerns and found no evidence of discrimination.  Ms.

---

1

Defendant's Case Management Conference Statement

Brewer was paid fairly, promoted twice (including *after* she complained about race discrimination), and received regular compensation increases with each promotion. Comerica made employment decisions based on written department standards and guidelines applied to all employees in the same department. In April 2007, Ms. Brewer was not performing up to expectations, and she acknowledged this. This lack of performance led to a corrective action and resulting "Developing" status, which precluded Ms. Brewer from receiving a further merit increase until her next review. This lawsuit followed.

**3. Legal Issues.** At this time, it is not clear whether there will be disputed points of law.

**4. Motions.** No motions are pending. Comerica anticipates filing a motion for summary judgment.

**5. Amendment of Pleadings.** At this time, no amendments are anticipated.

**6. Evidence Preservation.** Comerica has taken steps to preserve relevant evidence.

**7. Disclosures.** Comerica was served with the amended complaint on July 2, 2008. It is making its initial disclosures at the same time as filing this Joint Case Management Statement. Comerica's disclosures include Ms. Brewer's complete personnel file, the written corrective action guidelines utilized in her department, policies regarding merit and promotional raises and salary ranges, and compensation information within Ms. Brewer's job classification.

Comerica has not yet received initial disclosures from Ms. Brewer.

**8. Discovery.** The parties propose the following discovery plan:

| | |
|---|---|
| Depositions (excluding experts): | Six |
| Interrogatories: | Per rules |
| Request for production: | Per rules |
| Request for admissions: | Per rules |

**9. Class Actions.** No.

**10. Related Cases.** None.

**11. Relief.** Ms. Brewer is claiming unspecified "injunctive orders, damages, costs and attorney fees" according to the amended complaint.

Defendant's Case Management Conference Statement

**12. Settlement and ADR.**  After Ms. Brewer's deposition, early neutral evaluation may be most helpful.  Comerica is filing a Notice of Need for ADR Phone Conference at the same time as filing this statement.

**13. Consent to Magistrate Judge For All Purposes.**  Both parties have consented to Magistrate Judge Lloyd conducting all further proceedings.

**14. Other References.**  None at this time.

**15. Narrowing of Issues.**  Not clear at this time.

**16. Expedited Schedule.**  Not clear at this time.  Plaintiff's deposition will inform both parties.

**17. Scheduling.**  Comerica proposes:

All fact discovery shall be completed by January 30, 2009.

Discovery from experts, should the parties offer expert testimony:

    (a) On or before February 20, 2009, the parties shall disclose experts pursuant to FRCP, Rule 26.  Rebuttal expert disclosure by March 13, 2009.

    (b) All expert witness discovery shall be completed by April 10, 2009.

The Court orders the following additional limitations on the subject matter of discovery: Motions hearing cut-off: April 30, 2009.  Dispositive motions to be heard by April 30, 2009.

**18. Trial.**  The parties agree to a court trial, approximate duration 5-7 days.

**19. Disclosure of Non-party Interested Entities or Persons.**  Comerica Bank is a wholly owned subsidiary of Comerica, Inc., a parent corporation.

Dated: July 8, 2008                        McPHARLIN SPRINKLES & THOMAS LLP

By:  /s/ Anne C. Stromberg
        Anne C. Stromberg
Attorneys for Defendant
COMERICA BANK

Defendant's Case Management Conference Statement