# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Howard R. Lloyd, Presiding**

Courtroom 2 - 5th Floor

## Civil Minute Order

Date:   July 22, 2008                                       Time in Court: 18 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR: FTR

---

**TITLE:**  Darlene Brewer v. Comerca Bank
**CASE NUMBER**: C07-06057HRL
Plaintiff Attorney present: Darlene Brewer, in pro se
Defendant Attorney present: Anne Stromberg

---

**PROCEEDINGS: Case Management Conference**

Parties are referred to Magistrate Judge Patricia V. Trumbull for a settlement conference.

Bench trial scheduled for May 4, 2009 with a pretrial conference scheduled for April 28, 2009.

Court to issue written order.