*E-filed 7/22/08*

NOT FOR CITATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DARLENE BREWER,                                            No. C07-06057 HRL

        Plaintiff,

                                       **CASE MANAGEMENT CONFERENCE**

  v.                                                               **ORDER**

COMERICA BANK,

        Defendant.

_____/

      The order that follows is based on the discussion at the July 22, 2008 Case Management
Conference and the Case Management Statement filed by defendant.

      The court adopts the defendant's statement of disputed factual and legal issues as set
forth in the defendant's Case Management Statement.  The presumptive limits on discovery set
forth in the Federal Rules of Civil Procedure shall apply.

      The parties shall contact the chambers of Magistrate Judge Trumbull to schedule a
settlement conference. Plaintiff will be referred to the court's Assisted Settlement Conference
Program.

      The following schedule shall also apply to this case:

Fact Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . January 30, 2009

Designation of Experts with Reports . . . . . . . . . . . . . . . . . . . . . . . . . . February 9, 2009

Designation of Rebuttal Experts with Reports . . . . . . . . . . . . . . . . . February 25, 2009

Expert Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . March 6, 2009

United States District Court
For the Northern District of California

Last Day for Hearings on Dispositive Motions  . . . . . . . . March 31, 2009 at 10:00 a.m.

Final Pretrial Conference . . . . . . . . . . . . . . . . . . . . . . . . . . . . April 28, 2009 at 1:30 p.m.

Bench Trial  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . May 4, 2009


Any motions to compel fact discovery must be filed no later than seven court days after the Fact Discovery Cutoff, and any motions to compel expert discovery must be filed no later than seven court days after the Expert Discovery Cutoff.  (See Civ. L.R. 26-2).

Furthermore, the parties shall comply with the court's Standing Order re: Pretrial Preparation with respect to the timing and content of the Joint Pretrial Statement, and other pretrial submissions.[1]

**IT IS SO ORDERED**



Dated: 7/22/08

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] Parties may obtain copies of all of Judge Lloyd's standing orders from the clerk of the court, or from Judge Lloyd's page on the court's website (www.cand.uscourts.gov).

United States District Court
For the Northern District of California

THIS SHALL CERTIFY THAT NOTICE WILL BE SENT TO:

Anne Courtney Stromberg   astromberg@mstpartners.com, nat@mstpartners.com

Darlene Brewer
P.O. Box 611032
San Jose, CA 95161

Dated: 7/22/08                                    _____/s/   MPK_____
                                                 Chambers of Magistrate Judge Lloyd

**United States District Court**
For the Northern District of California

3