*e-filed 8/26/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DARLENE BREWER,<br><br>            Plaintiff,<br><br>   v.<br>COMERICA BANK,<br><br>            Defendant. | Case No.   C07-06057-HRL<br><br>**ORDER ASSIGNING CASE TO ASSISTED SETTLEMENT CONFERENCE PROGRAM** |

     An unrepresented party in this case has applied to participate in the court's pilot Assisted Settlement Conference Program. Based on the Court's review of the unrepresented party's Declaration in Support of Application for Assignment to the Assisted Settlement Conference Program, the record in this case, and the unrepresented party's acknowledgment of the limited representation to be provided by Settlement Counsel,

     IT IS HEREBY ORDERED:

1.    That the case be assigned to the Assisted Settlement Conference Program and a settlement conference shall take place in accordance with the Alternative Dispute Resolution Local Rules of this court;

2.    That Settlement Counsel shall be appointed for the limited purpose of representing the unrepresented party in the preparation for a settlement conference in this case; and

3.    The Settlement Conference shall take place no later than 12/30/08.

Dated:  8/26/08



_____
HOWARD R. LLOYD
United States Magistrate Judge

Case No.
ORDER ASSIGNING CASE TO ASSISTED SETTLEMENT
CONFERENCE PROGRAM    2

**United States District Court**
For the Northern District of California

1  **5:07-cv-6057 Notice has been electronically sent to:**

2  Anne Courtney Stromberg   astromberg@mstpartners.com, nat@mstpartners.com

3  **Notice has been delivered by other means to:**

4  Darlene Brewer
P.O. Box 611032
5  San Jose, CA 95161

6  Counsel are responsible for providing copies to co-counsel who have not registered for e-filing.

Case No.
ORDER ASSIGNING CASE TO ASSISTED SETTLEMENT
CONFERENCE PROGRAM                         3