*E-filed 10/21/08*

NOT FOR CITATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DARLENE BREWER,

        Plaintiff,

  v.

COMERICA BANK,

        Defendant.

_____/

No. C07-06057 HRL

**ORDER OF DISMISSAL**

Re: Docket Number 35

    Pursuant to the stipulation of the parties, the above-captioned action is DISMISSED WITH PREJUDICE

    **IT IS SO ORDERED.**

Dated:  10/21/08

                                  _____

                                  HOWARD R. LLOYD
                                  UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

THIS SHALL CERTIFY THAT NOTICE WILL BE SENT TO:

Anne Courtney Stromberg   astromberg@mstpartners.com, nat@mstpartners.com

Darlene Brewer
P.O. Box 611032
San Jose, CA 95161

Dated: 10/21/08                                  _____/s/  MPK_____
                                                 Chambers of Magistrate Judge Lloyd

**United States District Court**
For the Northern District of California

2